# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                              NO. 4:02CR00020-01 JLH

ALFRED K. SHAW, III                                                                     DEFENDANT

## ORDER

Court convened on Thursday, April 19, 2012, for a hearing on the government's motion and supplemental motions to revoke the supervised release of defendant Alfred K. Shaw, III. Documents #56, #59, #62, and #63. Assistant United States Attorney Jana Harris was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Chris Tarver. United States Probation Officer Selina Earsa was also present.

Upon inquiry from the Court, Shaw did not contest the violations outlined in the motions to revoke. Following statements from counsel and the defendant, the Court determined that the sentencing should be postponed for a period of sixty days to allow Shaw the opportunity to complete the treatment he is currently undergoing at the Wilbur Mills Rehabilitation Center. The hearing will be reset by separate notice.

In the event Shaw is found to be in further violation of his conditions of release before the sentencing, the government is directed to file the appropriate motion and the Court will conduct a hearing.

IT IS SO ORDERED this 20th day of April, 2012.

                                                            _____
                                                            J. LEON HOLMES
                                                            UNITED STATES DISTRICT JUDGE